UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

Black Barry J. Smith Sr.,

    Plaintiff,

V.    Case Number: 24-C-0121

Community Care, Inc. and

Guardiantrac, LLC, doing business as GT Independence,

    Defendants.

## CIVIL COMPLAINT

This court has jurisdiction of this complaint arising under the Thirteenth and Fourteenth Amendments to the United States Constitution, Title 42 U.S.C. section 1981, the federal Fair Labor Standards Act, and 28 U.S.C. sec. 1331.

1st Cause of Action: Defendants have an employment contract with plaintiff that agrees he be paid hourly for all hours worked by him. Plaintiff does home health care work for defendants' client, Donnelly Smith, who is an indigent Medicaid recipient. Donnelly Smith's primary care physician, Dr. Jeffrey Katt, has prescribed 24 hour in-home care for him. At least since September of 2017, and still on-going, defendants' by their White agent, Robert Swenson, as government contractors, have violated plaintiff's 13th Amendment right to be free from government slavery by refusing to pay him for twenty-two hundred hours of work out of every

twelve months of employment; by refusing to honor the contract defendants made with plaintiff, and by refusing to allow plaintiff to enforce subject contract, defendants have inflicted a badge of slavery upon plaintiff as evidenced by the United States Supreme Court in CIVIL RIGHTS CASES, 109 U.S. 22 (1883); this action by defendants violates plaintiff's 14th Amendment right to equal protection of the law. Plaintiff's birth date is March 10, 1953 and he would never voluntarily agree for a company or corporation to get paid for the hours he works but refuse and fail to pay him for those same hours because he is Black.

2nd Cause of Action: At least since September of 2017 and on-going, defendants by their White agent, Robert Swenson, motivated by the fact that their client Donnelly Smith and plaintiff are Black Americans, have willfully violated plaintiff's right to make and enforce contracts under 42 U.S.C. section 1981. Plaintiff's employment contract with defendants agrees that he is to be paid on an hourly basis for each and every hour he works for them. Plaintiff provides in- home health care to their indigent client, Donnelly Smith, who is a Medicaid recipient. Their client's primary care physician, Dr. Jeffrey Katt, has prescribed 24 hour in-home care for Donnelly Smith. Defendants have willfully refused and failed to fulfill the requirements of their contract with plaintiff, they appear to believe that plaintiff will be denied standing in court to sue or testify against a White person. Defendants have refused and failed to pay plaintiff for about twenty-two hundred hours per year. Plaintiff's date of birth is March 10, 1953 and he would never voluntarily agree for a company or corporation to get paid for the hours he works but refuse and fail to pay him for those same hours because he is Black.

3rd Cause of Action: At least since September of 2017, and on-going, defendants have willfully refused and failed to pay plaintiff for all of the hours, and overtime, he has worked; a total yearly loss of earned pay amounting to at least twenty-two hundred hours. Defendants have

willfully violated plaintiff's rights under the federal Fair Labor Standards Act.

Plaintiff demands trial by jury.

Relief Sought:

1st cause of action, a declaration from the court that plaintiff is not a 13th Amendment citizen subject to the punishment of government enslavement by government contractors, and that plaintiff is a free citizen of the United States of America who is entitled to the 14th Amendment provision that guarantees to him equal protection of all U.S.A. laws.

2nd cause of action, compensatory and punitive damages of one-hundred million dollars.

3rd cause of action; Defendants pay plaintiff all hourly and overtime pay for hours that they were notified in writing that he had worked at the end of each pay period, but refused and failed to pay him; this amounts to about twenty-two hundred hours per year defendants failed to pay to plaintiff in willful violation of the federal Fair Labor Standards Act; together with punitive damages and applicable attorney fees.

Dated: January 29, 2024.    By: *Black Barry J. Smith*

Black Barry J. Smith pro se
3124 W. Silver Spring Drive
Milwaukee, WI 53209